UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Case NO: 6:22-CR-00132-PGB-LHP
6:22-CR-00133-PGB-LHP

NACOE RAY BROWN

TO WHOM IT MAY CONCERN:
JUNE 2025 THE YEAR OF OUR LORD

Mr. Brown is inquiring of a letter to address to Chief Judge
Timothy J. Corrigan through the Middle District of Florida (Orlando
Division) United States Courthouse.

Mr. Brown is inquiring of the status of his petition: Mr. Brown over
all concern is Judge P.G. Byron can not be unbias toward this case
because certain officers of the court have been implimented in an on
going criminal federal investigation with direct connection to Mr.Brown
orginal case related to his revocation ( For further discovery please
consider case Numbers: CR NO:ELH-01-0377 Civil Case NO : ELA-23-352
September 19, 2023 filed).

The previous action by certain officers of the court
causes Mr. Brown to be very apprehensive of officers of the court who
over stepped their judicial boundary and power to keep him incarcerated
at the expense of his constitution rights and due process, especially
when new laws and admendments apply to him.

Their is no legal or logical reason for Mr. Brown to not be afforded
or given one of the 2 point criminal history deduction and his P.S.I.
report reflect such change, for sentencing and security purpose.

Their is no legal or logical reason the A.U.S.A., Federal Public Defender and the Probation Officer assigned to Mr. Brown case was not involved in his motion submitted to the District Court before a final decision was made.

Their is no legal or logical reason Mr. Brown has not received an official certified mail from the District letting him know the final order of his motion. Therefore the service process was not completed.

Their is no legal or logical reason, Mr. Sonthonax SaintGermain, the Federal Public defender assigned to Mr. Brown Amendment 821 matter was not given an opportunity to reply to the motion, or allow the motion to be forwared to his office.

Their are other new laws and amendments that effect Mr. Brown criminal history category points and sentence, Mr. Brown is now apprenhensive of submitting any motion to the District Court including his 2255, because of the unfair ruling and clear due process violation from Judge Byron.

Mr. Brown ask the Honorable Chief Judge Timothy J. Corrigan recused Judge P.G. Byron, allow Mr. Brown to re-submitt his 821 Amendment motion to the court and his Federal Public defender, the assigned A.U.S.A. and probation officer participate in this due process.

Respectfully Submitted

Nacbe Ray Brown  Reg. No.34730-037
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Nacoe Ray Brown
34730-037
FCI Hazelton
P.O. Box 5000
Bruceton Mills, W.Va 26525

To:    Office of the Clerk    c/o Cheif Judge
United States District Court
Middle District Of Florida    Timothy J.
Orlnado Division
United States Court House    Corrigan
401 West Central Blvd Suit 1200
Orlando FL, 32801

To whom it may concern (Cheif Judge)
        As metioned , my name is Nacoe Ray Brown # 34730-037
and I am respectfully forwarding your office this letter as it
relates to the enacted 821 Amendment which became effective on
Nov. 1st 2023. On Nov of 2024 the year of our lord the federal
public defenders contacted me informing me I may be eligible for
a sentence Commision Amendment because I was swntence while on
probation (Enclosed is the Letter received)
        Upon contacting the federal public defenders office I
was assigned to attorney Sonthonax Saint-German which informed
me I indeed qualify for the sentence commision 821 amendment,
but I must wait for the probation Office to contact the court by
memo because the probation office is processing  the case by
expiration dates. I then responded to Mr Sait-German by letting him
know my expiration date has changed because of my first step, and
second chance act credit days. My Attorney Saint-German never
responded back so I submitted a motion to Judge Byron
        Judge Byron denied my entire motion without giving the
prosecutor a chance to respond, without a defensive attorney reply
and without the probation office assesment. The sentence commision
order which is law has been violated. Right now my criminal history
is a category 4 with 7 criminal history points, after the enacting
821 amendment I will have 6 criminal history points putting me in a
category of 3 changing my guideline range. Not only affecting my
sentence but also my custody level aswell as my recidivism level.

CONTINUE........

It appears  my 821 Amendment is being sabotage, I have not received my court order. I discovered the order by my family members after they have researched the order of my case on Pacer.

Ultimately, this has caused my appeal to be time barred and I have not received any certified court documents of the court decision.

I bring this to your attention because my probation is connected to a high profile case where multiple  officers of the court have been under investigation of crimes in relation to my case. I'm deeply concerned because the officers of this court can potentially become biased toward me once the underlying facts are discovered.

Sincerely,    Nacoe   Ray Brown

June, 2025



Nacoe R.
HAZELTON (FCI)
P.O.Box 500
Bruceton Mills,WV.26525
17M #34730-037

9589 0710 5270 1690 2274 91



fice of the clerk
NITED STATES DISTRICT COURT
IDDLE DISTRICT OF FLORIDA
RLANDO DIVISION
ITED STATES COURTHOUSE (GEORGE C. YOUNG)
1 WEST CENTRAL BLVD SUITE 1200
RLANDO FL. 32801

LE9AI MAiI



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



CERTIFIED MAIL

HAZELTON
P.
Br
17